IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DEODRAY RAYMOND MASON, | § |
| Petitioner, | § § § § |
| v. | §   CIVIL ACTION NO. 5:23-CV-00055-C |
| DIRECTOR, TDCJ-CID, | § § § |
| Respondent. | § |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed with prejudice.

Dated May 20, 2024.

SAM R. CUMMINGS
Senior United States District Judge